

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00054-CV
_____

IN RE REIDIE JAMES JACKSON, RELATOR

_____

ORIGINAL PROCEEDING

_____

February 26, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Relator Reidie James Jackson, appearing pro se, filed a petition asking the court to issue a writ of mandamus ordering respondent, the Honorable Ana Estevez, judge of the 251st District Court of Potter County, to set for trial a case in which relator is plaintiff. The mandamus record shows relator requested that Judge Estevez rule on his trial-setting request. *See In re Goodson*, No. 07-18-00114-CV, 2018 Tex. App. LEXIS 3175 (Tex. App.—Amarillo May 4, 2018, orig. proceeding) (mem. op.) (noting required action relator must show in order to request mandamus compelling trial court ruling and trial court has reasonable time to consider and rule on request).

Judge Estevez has filed a written response to relator's petition stating: "On February 13, 2019, this court set Relator's case on the jury docket for the week of April 8, 2019.  It will continue to be set on the jury docket until it is reached following other cases that have been preferentially set."  The trial court has provided relator the relief he sought in this mandamus proceeding.  His petition is dismissed as moot.

Per Curiam